| | |
|---|---|
| JOHN R. MILLS, State Bar No. 257853<br>Phillips Black, Inc.<br>1721 Broadway, Suite 201<br>Oakland, CA 94612<br>(888) 532-0897 FAX (888) 543-4964<br>j.mills@phillipsblack.org<br><br>JENNIFER MERRIGAN<br>Phillips Black, Inc.<br>1901 S. 9th St., Suite 608<br>Philadelphia, PA 19148<br>(888) 532-0897 FAX (888) 543-4964<br>j.merrigan@phillipsblack.org<br><br>Attorneys for Petitioner<br>LAVERNE JOHNSON | ROB BONTA<br>Attorney General of California<br>ALICE B. LUSTRE<br>Supervising Deputy Attorney General<br>SARAH J. FARHAT, State Bar No. 228179<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-3792<br>  Fax:  (415) 703-1234<br>  E-mail:  Sarah.Farhat@doj.ca.gov<br>*Attorneys for Respondent* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAVERNE JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>RON BROOMFIELD, Warden of the California State Prison at San Quentin,<br><br>    Respondent. | No. 95-cv-00305-WHO<br><br>**DEATH PENALTY CASE**<br><br>JOINT CASE MANAGEMENT STATEMENT |

The parties hereby submit the following joint case management statement.

On April 20, 2021, the Court ordered the parties to submit a joint statement proposing a litigation schedule for the claims left unaddressed by the Court, including claims similar to those raised in *Troy Ashmus v. Martel*, C-93-0594 (N.D. Cal.). The Court noted that, in light of Mr. Ashmus' death, his habeas petition was dismissed. ECF Dkt. No. 251.

The parties hereby notify the Court that, although Mr. Ashmus' federal proceedings have concluded, his state court proceedings remain pending. *In re Troy Adam Ashmus*, No. SC015661A (San Mateo, Cal.). Those proceedings include the same issues that were, until recently, pending in federal court. The parties have conferred and propose the following:

1. Within 21 days of a final adjudication of the proceedings in *In re Troy Adam Ashmus*, No. SC015661A, the parties will notify the court of the decision and will also meet and confer concerning a proposed litigation schedule for the remaining claims.

2. Within 42 days of a final adjudication of the proceedings in *In re Troy Adam Ashmus*, No SC015661A, the parties will submit a joint case management statement proposing a litigation schedule for the remaining claims.

                Respectfully submitted,

Dated: June 1, 2021

*/s/ John R. Mills*
JOHN R. MILLS
Attorney
Counsel for Petitioner

*/s/ Sarah Farhat*
SARAH J. FARHAT
Deputy Attorney General
Counsel for Respondent