UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE JOHNSON,<br><br>   Petitioner,<br><br>   v.<br><br>RON BROOMFIELD, Warden at San Quentin State Prison<br><br>   Respondent. | Case No. 95-cv-00305-WHO<br><br>**SCHEDULING ORDER** |

The Court hereby adopts the litigation schedule proposed by the parties in the joint statement filed on June 1, 2021.  ECF Dkt. No. 252.  Accordingly, the parties are directed as follows:

1) Within 21 days of a final adjudication of the proceedings in *In re Troy Adam Ashmus*, No. SC015661A, the parties will notify the court of the decision and will also meet and confer concerning a proposed litigation schedule for the remaining claims.

2) Within 42 days of a final adjudication of the proceedings in *In re Troy Adam Ashmus*, No. SC015661A, the parties will submit a joint case management statement proposing a litigation schedule for the remaining claims.

**IT IS SO ORDERED.**

Dated:  July 6, 2021

William H. Orrick
United States District Judge